### LASSITER V. THE STATE.
(Decided Dec. 19, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. M. FRANK CAHALAN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

DE GRAFFENRIED, J. No error in the record. Affirmed.

### HIGGINS V. THE STATE.
(Decided June 6, 1911. Rehearing denied June 14, 1911.)

APPEAL from Gadsden City Court.

Heard before Hon. A. H. ALSTON.

GOODWYN & MCINTYRE, for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J. No error in the record. Affirmed.

### JOHNSON V. THE STATE.
(Decided April 13, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. Alexander M. Garber, Attorney General, for the State.

PELHAM, J. No error in the record. Affirmed.

### LEATHERWOOD V. HUDSON, ET AL.
(Decided April 20, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

R. L. LEATHERWOOD, for appellant. A. LEO. OBERDORFER, for appellees.

Per curiam. Affirmed on certificate.